Clyde DeWitt
Nevada State Bar No. 9791
California State Bar No. 117911
Texas State Bar No. 05670700
Law Offices of Clyde DeWitt,
　　A Nevada Professional Corporation
410 South Rampart Boulevard, Suite 420
Las Vegas, NV 89145-5719
(702) 386-1756; fax (702) 441-0308
*clydedewitt@earthlink.net*

Jeffrey E. Fromberg
California State Bar No. 65862
　　*(Pro Hac Vice Application Pending)*
Law Offices of Jeffrey E. Fromberg APC
2825 East Tahquitz Canyon Way, Suite D-1
Palm Springs, CA 92262
(760) 320-2804; fax (760) 320-4159
*jeffrey.private@FEFLaw.com*

Counsel for Defendants
C.C.A.N. Financial, Inc. and William D. Bunch

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAIL M. JORDAN,<br><br>　　Plaintiff,<br><br>v.<br><br>C.C.A.N. FINANCIAL, INC. and WILLIAM D. BUNCH,<br><br>　　Defendants. | Case Number:<br>　　**2:18-cv-01450-GMN-NJK**<br><br>Hon. Gloria M. Navarro<br>　　United States District Judge<br><br>Hon. Nancy J. Koppe<br>　　United States Magistrate Judge<br><br>**STIPULATED REQUEST AND PROPOSED ORDER FOR MEDIATION** |

**Page 1**

**STIPULATED REQUEST FOR MEDIATION**

**Case Number 2:18-cv-01450-GMN-NJK**

C:\K-Drive\Files\Fromberg - Bully Bunch - C.C.A.N. Financial Inc\FILED-SERVED DOCUMENTS\Draft Documents\Stip re Mediation.wpd

# STIPULATED REQUEST FOR MEDIATION

The parties, Plaintiff Dail M. Jordan and Defendants C.C.A.N. Financial, Inc. and William D. Bunch,[1] by this stipulation respectfully request that the magistrate judge assigned to this case, Hon. Nancy J. Koppe be so kind as to conduct a mediation in this case. The parties earnestly believe that a mediation is very likely to settle the case.

Collectively, Counsel are not available for this before October 15, 2018 and would recommend a date in early November. Other *un*available dates currently are October 25, 26 and 29; November 6, 14, 15, and December 3, 5, 7 and 18th.

Dated: September 6, 2018.   Respectfully Submitted,

CLYDE DeWITT
LAW OFFICES OF CLYDE DeWITT, APC

JEFFREY E. FROMBERG
  *(Pro Hac Vice Application Pending)*
LAW OFFICES OF JEFFREY E. FROMBERG APC

By: __/s/ Clyde DeWitt__
      Clyde DeWitt

Counsel for Defendants C.C.A.N. Financial, Inc. and William D. Bunch

So stipulated:

David M. Crosby
Crosby & Fox, LLC

By: __*David M. Crosby*__
      David M. Crosby[2]

---

[1]   There are no other parties to this action.

[2]   Signed by email authorization from Mr. Crosby on this date.

**Page 2**

**STIPULATED REQUEST FOR MEDIATION**

**Case Number 2:18-cv-01450-GMN-NJK**

C:\K-Drive\Files\Fromberg - Bully Bunch - C.C.A.N. Financial Inc\FILED-SERVED DOCUMENTS\Draft Documents\Stip re Mediation.wpd

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that this case is referred to the Honorable Magistrate Judge Peggy A. Leen for purposes of conducting a settlement conference.

**DATED** this __1__ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**Page 3**

**STIPULATED REQUEST FOR MEDIATION**

**Case Number 2:18-cv-01450-GMN-NJK**

C:\K-Drive\Files\Fromberg - Bully Bunch - C.C.A.N. Financial Inc\FILED-SERVED DOCUMENTS\Draft Documents\Stip re Mediation.wpd

# CERTIFICATE OF SERVICE

I certify that on the date of the filing of the foregoing document, as reflected on the header inserted by the court's ECF/PACER system, a true and correct copy of it is being served upon each attorney of record in the above-captioned matter; and the original upon the Clerk of Court by way of the court's ECF/PACER system.

Signed this date: September 6, 2018.

*/s/ Clyde DeWitt*
Clyde DeWitt

---

**Page 4**

**STIPULATED REQUEST FOR MEDIATION**

**Case Number 2:18-cv-01450-GMN-NJK**

C:\K-Drive\Files\Fromberg - Bully Bunch - C.C.A.N. Financial Inc\FILED-SERVED DOCUMENTS\Draft Documents\Stip re Mediation.wpd