# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

**Chambers Practices of United States Magistrate Judge Nancy J. Koppe**

This Order establishes requirements and procedures for all civil cases assigned to Judge Koppe by consent of the parties.

I.  Local Rules

The parties and counsel are expected to familiarize themselves with the Local Rules of Practice of this Court, as most recently amended on August 1, 2017. Except as otherwise modified by Court order, strict compliance with the local rules is required.

II. Conduct of Parties and Counsel

The parties and counsel are expected to work together cooperatively and in good faith during the discovery process, seeking Court intervention only when absolutely necessary. The parties and counsel are also expected to display a high degree of professionalism and civility toward one another.

III. Communications with the Court

Parties and counsel may not call chambers *ex parte*. *See, e.g.*, Local Rule IA 7-2. Even if all parties are represented on a telephone call, parties and counsel may not seek relief telephonically. *See, e.g.*, Local Rule 7-1(a) (stipulations must be in writing); Local Rule 7-2 (motions must be in writing). The only exception is when a true emergency exists such that time does not permit the filing of a motion. *See* Local Rule 26-7(d).

Parties and counsel are permitted to send written correspondence to chambers only as permitted by Local Rule IA 7-1(a).

IV. Courtesy Copies

The courtesy copies required by Local Rule IC 2-2(g) must be submitted by 3:00 p.m. the day after electronic filing. Courtesy copies must be appropriately bound and tabbed.

Judge Koppe does not accept courtesy copies in chambers and, instead, courtesy copies must be delivered to the Clerk's Office to be placed in Judge Koppe's box. <u>The Clerk's Office closes at 4:00 p.m.</u>

V. Sealing

There is a presumption of public access to judicial filings. Stipulated protective orders will not be entered if they allow for the automatic sealing of any filed documents that have been designated as confidential. Notwithstanding the existence of any stipulated protective order, every

filing under seal must be accompanied by a contemporaneous motion to seal that identifies the applicable standard and provides meaningful explanation as to why that standard has been satisfied. When a party seeks to file entire documents under seal, the motion to seal must also explain why partial redaction is not appropriate.

## VI.  Disfavored Motions

Before doing so, parties and counsel must carefully consider whether it is proper to file a disfavored motion, such as an emergency motion or an *ex parte* motion. Such motions are appropriate in very limited circumstances. Parties and counsel must ensure that any such motion complies with the substantive and procedural requirements established by local rule and in case law.