# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAIL M. JORDAN,<br>    Plaintiff(s),<br>v.<br>C.C.A.N. FINANCIAL, INC, *et al.*,<br>    Defendant(s). | Case No.: 2:18-cv-01450-NJK<br>**Order**<br>[Docket No. 29] |

Plaintiff filed initial disclosures on the public docket. Docket No. 29. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: October 29, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1