# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAIL M. JORDAN, | Case No.: 2:18-cv-01450-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 31). |
| C.C.A.N. FINANCIAL, INC., et al., | |
| Defendant(s). | |

The parties filed a joint interim status report on December 13, 2018. Docket No. 31. In the status report, the parties appear to ask the Court for an extension of certain discovery deadlines, including initial expert disclosure, rebuttal expert disclosure, and the discovery cut-off date. *Id*. at 4. Any request for an extension of time must comply with Local Rule IA 6-1, Local Rule 26-4, and all applicable case law. Accordingly, to the extent the parties request an extension of discovery deadlines in their joint status report, that request is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: December 14, 2018

_____
Nancy J. Koppe
United States Magistrate Judge