# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAIL M. JORDAN, <br>     Plaintiff(s), <br> v. <br> C.C.A.N. FINANCIAL, INC., et al., <br>     Defendant(s). | Case No.: 2:18-cv-01450-NJK <br><br> **Order** <br><br> [Docket Nos. 38, 39, 41] |

Pending before the Court is Defendants' motion to enforce settlement. Docket No. 38. The parties jointly moved for a hearing. Docket No. 39. Defendants filed a motion to continue to provide further evidence. Docket No. 41. These filings raise several issues. Most significantly, courts do not generally resolve motions based on a rolling submission of evidence, including in relation to the filing of a reply brief. *Cf. Bazuaye v. I.N.S.*, 79 F.3d 118, 112 (9th Cir. 1996). The Court declines to do so here. Instead, all of the pending motions (Docket Nos. 38, 39, 41) are **DENIED** without prejudice. A renewed motion to enforce settlement may be filed that includes all of the evidence that the movants wish to be considered.

The instant filings raise several other housekeeping matters, too. First, the parties consented to resolution of this case by the undersigned magistrate judge, so their filings should not identify the district judge as presiding over this case and should include the case number "2:18-cv-01450-NJK." *See* Docket No. 27. Second, "[p]arties must not file separate motions requesting a hearing," and parties seeking a hearing must instead simply notate on the motion or response

1

"ORAL ARGUMENT REQUESTED." Local Rule 78-1. Third, contrary to the suggestion in the latest filing, no hearing has been set on the above motions. If the Court sets a hearing, it will be made clear on the docket through the issuance of an order or minute order. Fourth, all text (including footnotes) must be in 12-point font or larger. Local Rule IA 10-1(a)(3). Fifth, the filings include several placeholders. *E.g.*, Docket No. 40 at 4 ("The plow belonged to Art _____"), Docket No. 41 at 2 (referencing "ECF Docket Document No. \*\*"). Counsel must carefully review their papers before filing to ensure they are complete.

**Future filings must comply with the local rules and any orders that have been issued in this case.**

IT IS SO ORDERED.

Dated: April 9, 2019

_____
Nancy J. Koppe
United States Magistrate Judge