# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAIL M. JORDAN, | Case No.: 2:18-cv-01450-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| C.C.A.N. FINANCIAL, INC., et al., | |
| Defendant(s). | |

On April 9, 2019, the Court denied without prejudice Defendants' motion to enforce settlement. Docket No. 42. No further filings have been made. The Court hereby **ORDERS** the parties to file a joint status report by September 6, 2019. In lieu of a status report, joint dismissal papers or a renewed motion to enforce settlement may be filed by that date.

IT IS SO ORDERED.

Dated: August 15, 2019

Nancy J. Koppe
United States Magistrate Judge