# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAIL M. JORDAN,<br>    Plaintiff(s),<br>v.<br>C.C.A.N. FINANCIAL, INC. et al.,<br>    Defendant(s). | Case No.: 2:18-cv-01450-NJK<br><br>**ORDER**<br>(Docket No. 45) |

Pending before the Court is Defendant's motion for leave to file electronic exhibits in excess of 100 pages. Docket No. 45. The Court **GRANTS** the motion. No later than September 10, 2019, Defendant must provide to the undersigned's box in the Clerk's Office: (1) a physical copy of the exhibits that complies with Local Rule IA 10-3 and (2) a physical copy of the underlying motion.

IT IS SO ORDERED.

Dated: September 3, 2019

                                          Nancy J. Koppe
                                        United States Magistrate Judge