# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAIL M. JORDAN, | Case No.: 2:18-cv-01450-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 49] |
| C.C.A.N. FINANCIAL, INC., et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for leave to file an untimely response to Defendants' motion to enforce settlement. Docket No. 49; *see also* Docket No. 44 (motion to enforce). To date, Plaintiff has not filed a proposed response to the motion to enforce settlement.[1] The Court hereby **DEFERS** ruling on the motion for leave (Docket No. 49). In the meantime, Plaintiff must file a proposed response to the motion to enforce settlement by December 16, 2019. Any reply from Defendants must be filed by December 23, 2019.

IT IS SO ORDERED.

Dated: December 2, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Plaintiff instead sought 14 days in which to file the proposed response to the motion (*i.e.*, until October 8, 2019). *See* Docket No. 49 at 2 (unnumbered footnote).

1