# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAIL M. JORDAN, | Case No.: 2:18-cv-01450-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 58] |
| C.C.A.N. FINANCIAL, INC., et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation for dismissal, Docket No. 58, which is **DENIED** without prejudice. First, the stipulation does not indicate whether the dismissal is with prejudice, without prejudice, or some combination of the two. Given the unique procedural posture of this case, the Court would assume that the parties are dismissing Plaintiff's underlying claims with prejudice and dismissing the dispute regarding the performance of the settlement agreement without prejudice pending resolution in arbitration. The stipulation should make clear the parties' intentions. Second, the stipulation does not indicate whether the parties will each bear their own fees and costs associated with this case.

An amended stipulation for dismissal must be filed by March 10, 2020.

IT IS SO ORDERED.

Dated: March 3, 2020

Nancy J. Koppe
United States Magistrate Judge

1